Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ELAINE GO, an individual,

   Plaintiffs,

vs.

CLARK COUNTY, a political subdivision; TED LENDIS, an individual; SHAWN MCCRARY an individual; MARCI HENSON, an individual; LETTY BONILLA, an individual; SANDRA JEANTETE, an individual, DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally,

   Defendants.

Case No. 2:19-cv-01775-RFB-DJA

**STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**(FIRST REQUEST)**

  IT IS HEREBY STIPULATED by and between Plaintiffs, through counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, through their counsel Scott Davis, that Plaintiff shall have an extension to February 10, 2021 to file a response to Defendant's Motion for Summary Judgment.

  This Stipulation is submitted and based upon the following:

  1. On January 6, 2021, Defendants filed a motion for summary judgment. [ECF No. 64].

  2. Plaintiff's counsel's office recently swapped out its attorney software, which has led to complications.

  3. Plaintiff's counsel has also been forced to continue to homeschool three children that has upended his work schedule.

4. In addition, Mr. Huber has an upcoming trial and has been drafting and responding to motions continuously for approximately three weeks with many more to address.

5. Because of the above listed problems, Mr. Huber requested from Mr. Davis that he stipulate to a three-week extension to file a response to the motion for summary judgment and he graciously agreed.

6. This request is made in good faith and not for the purpose of delay.

7. This is the first request for an extension of time.

Dated this 19th day of January 2021.

RICHARD HARRIS LAW FIRM

| | |
|---|---|
| */s/ Burke Huber*<br>Richard Harris, Bar No. 505<br>Benjamin Cloward, Bar No. 11087<br>Burke Huber, Bar No. 10902<br>801 S. Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorney for Plaintiffs* | By:  /s/Scott Davis<br>Scott R. Davis<br>Nevada Bar No. 1565<br>Deputy District Attorney<br>500 S. Grand Central Parkway, Ste. 5075<br>Las Vegas, Nevada<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 22nd day of January, 2021.

2