Burke Huber
Nevada State Bar No. 10902
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Tel: (702) 444-4444
Email: burke@richarcharrislaw.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELAINE GO, an individual, | |
| Plaintiffs, | Case No. 2:19-cv-01775-RFB-DJA |
| vs. | |
| CLARK COUNTY, a political subdivision; TED LENDIS, an individual; SHAWN MCCRARY an individual; MARCI HENSON, an individual; LETTY BONILLA, an individual; SANDRA JEANTETE, an individual, DOES 1 through 10; ROE ENTITIES 11 through 20, inclusive jointly and severally, | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs, through counsel Burke Huber, at the Richard Harris Law Firm, and Defendants, through their counsel Scott Davis, that Plaintiff shall have an extension to <u>February 17, 2021</u> to file a response to Defendant's Motion for Summary Judgment.

This Stipulation is submitted and based upon the following:

1. On January 6, 2021, Defendants filed a motion for summary judgment. [ECF No. 40].

2. On January 20, 2021, Plaintiff and Defendant stipulated to allow Plaintiff until February 10, 2021 to file a response in opposition. [ECF No. 65].

3. Plaintiff's counsel, Mr. Huber, had a trial in Orange County the first week of February that consumed a tremendous amount of time.

4.     Mr. Huber has been working to catch up on workload that piled up while he was preparing for trial and also actually in trial.

5.     Adding to complications, Plaintiff's counsel's office recently swapped out its attorney software and the time to learn new processes and also locate files has increased delays..

6.     Plaintiff's counsel continues to homeschool three children that has upended his work schedule.

7.     Because of the above listed problems, Mr. Huber requested from Mr. Davis that he stipulate to an additional seven (7) days, or up to and including, February 17, 2021 to file a response to the motion for summary judgment and he graciously agreed.

8.     This request is made in good faith and not for the purpose of delay.

9.     This is the first request for an extension of time.

Dated this 10th day of February 2021.

RICHARD HARRIS LAW FIRM

*/s/ Burke Huber*
Burke Huber, Bar No. 10902
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, Nevada 89101
*Attorney for Plaintiffs*

By:   /s/Scott Davis
Scott R. Davis
Nevada Bar No. 10019
Deputy District Attorney
500 S. Grand Central Parkway, Ste. 5075
Las Vegas, Nevada
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 11th day of February, 2021.

2