STEVEN B. WOLFSON
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT R. DAVIS**
Deputy District Attorney
State Bar No. 010019
By: **CATHERINE JORGENSON**
Deputy District Attorney
State Bar No. 006700
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDA.com
E-Mail: Catherine.Jorgenson@ClarkCountyDA.com
Attorneys for Defendants *Clark County,*
*Ted Lendis, Shawn McCrary, Marci Henson,*
*Letty Bonilla* and *Sandra Jeantete*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| ELAINE GO, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; TED LENDIS, an individual; SHAWN MCCRARY, an individual; MARCI HENSON, an individual; LETTY BONILLA, an individual, and SANDRA JEANTETE, an individual,<br><br>　　　　　　Defendants. | Case No: 2:19-cv-01775-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>[FIRST REQUEST] |

　　　　Pursuant to LR IA 6-1 7-1 and LR 26-3 Defendants Clark County, Ted Lendis, Shawn McCrary, Marci Henson, Letty Bonilla and Sandra Jeantete ("Defendants") and Plaintiff Elaine Go ("Plaintiff"), by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendants to file a reply to Plaintiff's Response to Ted Lendis, Shawn McCrary, Marci Henson, Letty Bonilla and Sandra Jeantete Motion for Summary Judgment and Request for Rule 56(d) Relief (ECF # 70). The Motion for Summary Judgment was filed January 6, 2021 (ECF # 64) and Plaintiff's Response was filed February 17, 2021. The current deadline for the reply is March 3, 2021. LR 7-2(b).

1    This is the first request for an extension to the reply deadline in this matter, but the Court has previously extended the deadline for Plaintiff's response to the motion (ECF # 66; ECF # 69). The requested extension is sought in good faith and not for purposes of undue delay. The purpose of this request is to accommodate a rescheduled deposition in this same case that was moved due to accommodate a medical procedure for Plaintiff's counsel. The reply is currently due March 3, 2021 and the rescheduled deposition will take place the same day. The parties request that the deadline for Defendants' reply be extended by one week and the new deadline be set for March 10, 2021.

Respectfully submitted,

Dated this 2nd day of March 2021                Dated this 2nd day of March 2021

By: /s/ Burke Huber                             By: /s/ Scott Davis
    Burke Huber, Esq.                               Scott Davis, Deputy District Attorney
    Nevada Bar No. 10902                            Nevada Bar No. 10019
    Richard Harris Law Firm                         Catherine Jorgenson,
    *Attorneys for Plaintiff*                       Deputy District Attorney
                                                    Nevada Bar No. 6700
                                                    Clark County District Attorney
                                                    *Attorneys for Defendants Clark County, Ted Lendis, Shawn McCrary, Marci Henson, Letty Bonilla* and *Sandra Jeantete*

**ORDER**

It is so ordered.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 3rd day of March, 2021.