1  **STEVEN B. WOLFSON**
District Attorney
2  **CIVIL DIVISION**
State Bar No. 001565
3  By:  **SCOTT DAVIS**
Deputy District Attorney
4  State Bar No. 010019
By: **CATHERINE JORGENSON**
5  Deputy District Attorney
State Bar No. 006700
6  500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
7  Telephone (702) 455-4761
Fax (702) 382-5178
8  E-Mail:  Scott.Davis@ClarkCountyDA.com
E-Mail:  Catherine.Jorgenson@ClarkCountyDA.com
9  Attorneys for Defendants *Clark County, Ted Lendis, Shawn McCrary,*
*Marci Henson, Letty Bonilla,* and *Sandra Jeantete*

10  UNITED STATES DISTRICT COURT
11  CLARK COUNTY, NEVADA

12  ELAINE GO, an individual,                        )
                                                     )
13                          Plaintiff,               )      Case No:  2:19-cv-01775-RFB-DJA
                                                     )
               vs.                                   )
14                                                   )
                                                     )      **STIPULATION AND ORDER TO**
15  CLARK COUNTY, a political subdivision of         )      **EXTEND DEFENDANTS' TIME TO**
the State of Nevada; TED LENDIS, an                  )      **REPLY TO PLAINTIFF'S**
16  individual; SHAWN MCCRARY, an                    )      **RESPONSE (# 93)**
individual; MARCI HENSON, an individual;            )
17  LETTY BONILLA, an individual, and                )      [FIRST REQUEST]
SANDRA JEANTETE, an individual,                     )
18                                                   )
                                                     )
19                          Defendants.              )

20        IT IS HEREBY STIPULATED by and between Defendants, through their counsel,

21  Scott Davis, Deputy District Attorney, of the Clark County District Attorney's Office, Civil

22  Division, and Plaintiff, through her counsel, Burke Huber, of the Richard Harris Law Firm,

23  that Defendants' counsel shall have an extension to and including November 5, 2021, to file

24  a Reply to Plaintiff's Response [Doc. # 93] to Defendants' Motion for Summary Judgment

25  (Doc. No. 78).

26        The Stipulation is being submitted and based on the following:

27     1.  On July 8, 2021, Defendants filed under seal its Motion for Summary Judgment [Doc

28  # 78] along with Five (5) volumes of exhibits (Nos. I-V) [Doc # 79-83].

2. On October 5, 2021, Plaintiff submitted to this Court a motion seeking an extension of time to respond to the Motion for Summary Judgment (ECF # 92). That motion was not opposed by Defendants and was granted by the Court. (ECF # 94).

3. On October 6, 2021, Plaintiff' filed the response to the Motion for Summary Judgment (Doc. # 93).

4. Defendants' counsel has been out of the state for the last two weeks and an extension, in good faith, is sought on this basis. Agreement was reached between counsel for the parties that Defendants' may have up to and including November 5, 2021, within which to submits their Reply to Plaintiff's Response [Doc # 93].

5. This request is made in good faith and not for the purpose of delay.

6. This is Defendants' first request for an extension of time with regard to its Reply.

DATED this 28th day of October, 2021.          DATED this 28th day of October, 2021.

STEVEN B. WOLFSON                              RICHARD HARRIS LAW FIRM
DISTRICT ATTORNEY


By: /s/ Scott Davis                           By: /s/ Burke Huber
    SCOTT R. DAVIS                                 BURKE HUBER, ESQ.
    Deputy District Attorney                       State Bar No. 10902
    500 South Grand Central Pkwy., # 5075          801 South Fourth Street
    Las Vegas, Nevada  89155-2215                  Las Vegas, Nevada  89101
    Attorneys for Defendants *Clark County,*       Attorneys for Plaintiff
    *Ted Lendis, Shawn McCrary, Marci*             *Elaine Go*
    *Henson, Letty Bonilla,* and *Sandra*
    *Jeantete*

## ORDER

IT IS SO ORDERED:


Dated   October 31, 2021.


_____
**RICHARD BOULWARE II**
**United States District Court**