**STEVEN B. WOLFSON**
District Attorney
**CIVIL DIVISION**
State Bar No. 001565
By: **SCOTT DAVIS**
Deputy District Attorney
State Bar No. 010019
500 South Grand Central Pkwy., Suite 5075
Las Vegas, Nevada 89155-2215
Telephone (702) 455-4761
Fax (702) 382-5178
E-Mail: Scott.Davis@ClarkCountyDAnv.gov
Attorneys for Defendants *Clark County, Ted Lendis, Shawn McCrary, Marci Henson, Letty Bonilla,* and *Sandra Jeantete*

UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| ELAINE GO, an individual,<br><br>    Plaintiff,<br>vs.<br><br>CLARK COUNTY, a political subdivision of the State of Nevada; TED LENDIS, an individual; SHAWN MCCRARY, an individual; MARCI HENSON, an individual; LETTY BONILLA, an individual, and SANDRA JEANTETE, an individual,<br><br>    Defendants. | Case No: 2:19-cv-01775-RFB-DJA<br><br>**STIPULATION AND ORDER TO MOVE HEARING DATE ON DEFENDANTS' SEALED MOTION FOR SUMMARY JUDGEMENT (# 78 & #105)**<br><br>[FIRST REQUEST] |

    IT IS HEREBY STIPULATED by and between Defendants, through their counsel, Scott Davis and Plaintiff, through her counsel, Burke Huber, that the hearing on Defendants' Motion for Summary Judgment (Doc # 78) currently set for October 2, 2025, at 9:15 a.m (Doc # 105) moved to a date prior to or after the week of September 29th/October 2nd, 2025.

    The Stipulation is being submitted and based on the following:

    1. On July 8, 2021, Defendants filed under seal their Motion for Summary Judgment [Doc # 78] along with Five (5) volumes of exhibits (Nos. I-V) [Doc # 79-83].

    2. On May 23, 2025, this Honorable Court entered its Minute Order in Chambers (Doc # 105) and set a Motion Hearing for October 2, 2025, at 9:15 a.m.

    3. Defendants' counsel was previously scheduled to attend a State Bar conference on October 1-3, 2025. Agreement was reached between counsel for the parties that the Motion

Hearing on Defendants' Motion for Summary Judgment (Doc #78) currently scheduled for October 2, 2025, 9:15 a.m. (Doc # 105) may be moved to a date moved to a date in the month of November, 2025.

4. This request is made in good faith and not for the purpose of delay.

5. This is Defendants' first request for moving the scheduled hearing on Motion for Summary Judgment (Doc # 78).

DATED this _____ day of June, 2025.        DATED this _____ day of June, 2025.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

By: /s/ Scott Davis                          By: /s/ Burke Huber
    SCOTT R. DAVIS                               BURKE HUBER, ESQ.
    Deputy District Attorney                     State Bar No. 10902
    500 South Grand Central Pkwy., # 5075        1290 S. Jones Blvd.
    Las Vegas, Nevada 89155-2215                 Las Vegas, Nevada 89146
    Attorneys for Defendants *Clark County,*     Attorneys for Plaintiff
    *Ted Lendis, Shawn McCrary, Marci*           *Elaine Go*
    *Henson, Letty Bonilla,* and *Sandra*
    *Jeantete*

## ORDER

IT IS SO ORDERED and a Motion Hearing for Defendant's Motion for Summary Judgment (Doc #78) is reset for November 14, 2025 at 8:30 a.m.

Dated this the 16th day of June, 2025.

_____
RICHARD BOULWARE II
United States District Court

**Matilda Sanchez**

**From:** Connerblast <burkehuber@gmail.com>
**Sent:** Thursday, June 12, 2025 12:49 PM
**To:** Scott Davis
**Cc:** Matilda Sanchez
**Subject:** Re: Elaine Go Stipulation

**CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**

Go ahead and esign for me.

On Thu, Jun 12, 2025 at 11:31 AM Scott Davis <Scott.Davis@clarkcountydanv.gov> wrote:

> The court didn't tell us any specific dates in November, but we can ask them to reset to sometime during that month. Would this stip work?
>
> **From:** Connerblast <burkehuber@gmail.com>
> **Sent:** Thursday, June 12, 2025 12:52 AM
> **To:** Scott Davis <Scott.Davis@clarkcountydanv.gov>
> **Subject:** Re: Elaine Go Stipulation
>
> **CAUTION:** This email originated from an **External Source**. Please **use caution** before opening attachments, clicking links, or responding to this email. **Do not sign-in with your DA account credentials.**
>
> I can't do it any of the dates that you proposed. I have a trial the week of the 6th that's 10 days and then another a week later that is in Washington. September won't work for me. You have any dates in November?
>
> On Tue, Jun 10, 2025 at 10:21 AM Scott Davis <Scott.Davis@clarkcountydanv.gov> wrote:
>
>> Hi Burke,
>>
>> Attached is the proposed stipulation to move the hearing date in the Elaine Go case that we discussed last week. Please take a look at it and let me know if you are okay using your e-signature to submit to the court or if you have anything you want changed. And thank you for your courtesy in agreeing to move the hearing.

1